**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ASSIGNMENT OF JUDGE OF | : | No. 320 Common Pleas Judicial |
| THE COURT OF COMMON PLEAS OF | : | Classification Docket |
| THE FIRST JUDICIAL DISTRICT OF | : | |
| PENNSYLVANIA TO A DIVISION OF | : | |
| SAID COURT | : | |

## <u>O R D E R</u>

**PER CURIAM:**

AND NOW, this 11th day of August, 2014, the Petition of Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent assignment of The Honorable Michael Fanning to the Family Court Division of said Court is hereby granted.